# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:24-cv-00263-MCS-DTB | Date March 22, 2024 |
| Title ***Rutledge v. Keenan & Assocs.*** | |

**Present: The Honorable** Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: MOTION TO CONTINUE HEARING DATE AND STIPULATION FOR EXTENSION OF TIME (ECF NOS. 43–44)**

Plaintiffs Matthew Rutledge et al. move for an order continuing the hearing on their motion to appoint interim co-lead class counsel and an executive committee from April 8 to June 3, 2024. (Mot., ECF No. 43.) Plaintiffs submit that the motion is unopposed, and that the parties agree "it would be cost-effective and efficient to schedule the hearings on" their motion and a motion to remand pending in a related case to be heard on the same date. (*Id.* at 3.) Accepting Plaintiffs' representation that Defendant does not contest the motion, the Court deems the motion appropriate for decision without oral argument and vacates the hearing set for April 29, 2024. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Good cause appearing, the Court resets the hearing on the motion to appoint interim co-lead class counsel and an executive committee to June 3, 2024, at 9:00 a.m. (ECF No. 39).

The parties stipulate for an order giving Defendant Keenan & Associates an additional 30 days to respond to the complaint in light of anticipated consolidation of this case with related cases and the parties' desire to explore settlement. (Stip., ECF No. 44.) Good cause appearing, the Court extends Defendant's deadline to respond to the complaint to April 26, 2024.

      The Court reserves discretion to reset all deadlines and hearings in this and the related cases upon resolving the pending motion to consolidate. The parties should be prepared to discuss scheduling at the hearing set for April 8, 2024.

**IT IS SO ORDERED.**