John A. Vogt, Bar No. 198677
javogt@jonesday.com
Ryan D. Ball, Bar No. 321772
rball@jonesday.com
Matthew T. Billeci, Bar No. 329014
mbilleci@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
KEENAN & ASSOCIATES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW RUTLEDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEENAN & ASSOCIATES,<br><br>Defendant. | Case No. 5:24-CV-00263-MCS-DTB<br><br>[Assigned for All Purposes to The Honorable Mark C. Scarsi]<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY CASES PENDING FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Date: July 1, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br><br>Complaint filed: February 2, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Keenan & Associates ("Keenan") will, and hereby does, move for an Order staying the above-captioned case pending the filing and final approval of the parties' proposed class action settlement. This motion will be heard on July 1, 2024, at 9:00 a.m., in the courtroom of the Honorable Mark C. Scarsi, located at First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012.

This motion is based upon the memorandum of points and authorities filed herewith, and any other such evidence and argument that may be presented to the Court prior to its ruling on the Motion.

Keenan conferred with Plaintiff's counsel pursuant to Rule 7-3 and Plaintiff indicated that he does not intend to oppose the motion.

Dated: May 29, 2024                    JONES DAY

                                       By: /s/ Matthew T. Billeci
                                           Matthew T. Billeci

                                       Attorneys for Defendant
                                       KEENAN & ASSOCIATES